UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Rosa Maria Zuaznabal

Debtor(s) /

Case No.: 26-13380-PDR
Chapter 13

## CERTIFICATE OF SERVICE

I certify that on September 15, 2026, a true and correct copy of the **Order Granting Motion to Waive Requirement of Wage Deduction Order** was served electronically on the following parties:

Electronically: Nancy K. Neidich, Trustee

I further certify that on September 15, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Rosa Maria Zuaznabal
19824 NW 65 CT
Hialeah, FL 33015

All Creditors on the Matrix

Respectfully submitted:
September 15, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com