Label Matrix for local noticing
113C-1
Case 26-13380-PDR
Southern District of Florida
Miami
Tue Sep 15 17:04:22 EDT 2026

Deutsche Bank Trust Company Americas
DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318-0519

Deutsche Bank Trust Company Americas
NewRez LLC d/b/a Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Deutsche Bank Trust Company Americas
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601-1112

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Chex Systems, Inc.
ATTN: Bankruptcy Department
PO Box 583399
Minneapolis, MN 55458-3399

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Comenity Bank/Ashley Stewart
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Capital/famous
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity/Burlington
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Country Lake Patio Homes CA
CO Top Service Property Management, LLC
5901 NW 151st Suite 100
Orlando, FL 32862

Country Lake Patio Homes CA
PO BOX 628207
Orlando, FL 32862-8207

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

DSRM Nat Bank/Valero
Attn: Bankruptcy
One Valero Way
San Antonio, TX 78249-1616

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Deutsche Bank Trust Co Americas
1 Columbus Circle
New York, NY 10019-8735

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

First North American National Bank
1800 Parkway Place
Suite 500
Marietta, GA 30067-8237

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NewRez LLC d/b/a Shellpoint Mortgage
Servicing
PO Box 10826
Greenville, SC 29603-0826

ONEMAIN FINANCIAL GROUP, LLC
ONEMAIN FINANCIAL
PO BOX 3251
EVANSVILLE, IN 47731-3251

Ocwen Loan Servicing, LLC
Attn: Bankruptcy
1661 Worthington Rd, Ste 100
West Palm Beach, FL 33409-6493

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

Onity Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

PHH Mortgage
Po Box 5452
Mt Laurel, NJ 08054-5452

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
PO BOX 7999
SAINT CLOUD, MN 56302-7999

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

REVCO SOLUTIONS, INC.
PO BOX 58
FORT MORGAN, CO 80701-0058

(p)SOUTH BROWARD HOSPITAL DISTRICT
ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM
3111 STIRLING RD
C/O LEGAL DEPARTMENT
HOLLYWOOD FL 33312-6566

Syncb/Care Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

Syncb/Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896-5064

Target National Bank
3901 West 53rd Street
Sioux Falls, SD 57106-4216

Transunion
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013-1853

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Rosa Maria Zuaznabal
19824 NW 65 CT
Hialeah, FL 33015-8113

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Honorable Markenzy Lapointe
US Attorney for Southern District
99 NE 4 St
Miami, FL 33132

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 56 |
| Bypassed recipients | 1 |
| Total | 57 |